PECKAR & ABRAMSON, P.C.
Charles E. Williams, III (CEW 4756)
1325 Avenue of the Americas, 10th Floor
New York, New York 10019
Telephone: (212) 382-0909
Facsimile: (212) 382-3456

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

BERKLEY INSURANCE COMPANY,

        Plaintiff,

   -against-

VOLUNTEERS OF AMERICA, INC.,
VOLUNTEERS OF AMERICA – GREATER
NEW YORK, INC., 305 WEST 97TH
STREET ASSOCIATES, L.P., SRO WEST
97TH STREET, INC., Jointly and Severally,

      Defendants.

--------------------------------------------------------- X

Case No.:

**COMPLAINT AND JURY DEMAND**

     Plaintiff Berkley Insurance Company ("BERKLEY"), by its attorneys Peckar & Abramson, P.C., as and for its complaint ("Complaint") alleging causes of action ("Claims") Jointly and severally, against Volunteers of America, Inc., Volunteers of America – Greater New York, Inc., 305 West 97th Street Associates, L.P., and SRO West 97th Street, Inc. (independently referred to as "Defendant" and collectively referred to as "Defendants") forth the following:

**The Parties**

LAW OFFICES

Peckar &
Abramson

A Professional Corporation

#10450323v4

1. Berkley is a corporation organized and existing under the laws of the State of Delaware with a principal office at 475 Steamboat Road, Greenwich, Connecticut 06830 duly authorized to do business in the State of New York.

2. Upon information and belief, Defendant Volunteers of America, Inc. ("VOA") is a foreign Non-Profit Organization founded in New York State during 1896 presently existing under the laws of the State of Virgina that does business in New York State.

3. Defendant Volunteers of America – Greater New York, Inc. ("VOA-NYC") is a Not-For-Profit Corporation organized and existing under the laws of the State of New York that does business in New York State.

4. VOA-NYC is an affiliate of VOA.

5. As the parent of VOA-NYC, VOA exercises advisory oversight over the management, control and operation of VOA-NYC.

6. Defendant 305 West 97th Street Associates, L.P. ("305 LP") is a limited partnership organized and existing under the laws of the State of New York that does business in New York State.

7. Defendant SRO West 97th Street, Inc. ("SRO 97"), is a corporation organized and existing under the laws of the State of New York that does business in New York State.

8. SRO 97 is the general partner ("GP") of 305 LP.

9. VOA-NYC manages, operates and controls SRO 97.

**<u>Jurisdiction and Venue</u>**

LAW OFFICES

Peckar &
Abramson

A Professional Corporation

2

10.     That, pursuant to 28 U.S.C. § 1332(a), this Court possesses diversity jurisdiction over this action because the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

11.     That, pursuant to 28 U.S.C. § 1332(a)(1), this Court possesses diversity jurisdiction over this action because Berkley and Defendants are citizens of different states.

12.     That, pursuant to 28 U.S.C. § 1391(b)(2), venue lies in the Southern District of New York, this is the district in which a substantial part of the events or omissions giving rise to the Claim occurred.

**The Agreement**

13.     305 LP is the owner ("Owner") of 305 West 97th Street, New York, NY 10025 ("Rose House").

14.     VOA-NYC is the manager ("Manager") of Rose House responsible for the performance of building maintenance, leasing, rehabilitation, compliance with New York City Housing Regulations and other management obligations of 305 LP.

15.     SRO 97, as GP of 305 LP, is liable for the consequences of all actions of 305 LP and VOA-NYC concerning Rose House.

16.     On or about June 8, 2018, 305 LP entered into a construction contract (Contract") with FG-PH Corp. ("FG-PH") for the renovation and improvement of Rose House (the "Project").

17.     On or about June 8, 2018, Berkley issued the Performance and Payment Bonds ("Bond") for the Project that were required by the Contract.

LAW OFFICES

Peckar &
Abramson

A Professional Corporation

3

18.    The Parties terminated the Contract for cause.

19.    On or about March 1, 2022, Berkley and 305 LP [including, as a matter of law, the  Parties whose interest in and relationship to 305 LP make them liable for the actions of 305 LP] entered into a Takeover Agreement ("Agreement") pursuant to which Berkley agreed to complete the Project in conformance with the scope of work ("Scope of Work") described in the Agreement.

20.    A copy of the Agreement is attached hereto as Exhibit "A".

21.    As the parent of VOA-NYC exercising overall operational oversight, advisory management and control of the VOA-NYC operation, as a matter of law, VOA is also a Party to the Agreement.

22.    The Scope of Work and the work performed in addition to the Scope of Work ("Extra Work") necessary for the completion of the Project was completed on or about June 22, 2025.

23.    Notwithstanding the completion of the Scope of Work and Extra Work, the Parties have refused to pay Berkley the sum due and owing pursuant to the Agreement.

24.     The refusal of the Parties to pay Berkley constitutes a breach of the Agreement ("Breach").

25.    The Breach has resulted in Berkley being wrongfully denied sums due and owing for the Scope of Work and Extra Work performed.

26.    Because the Parties have refused to pay Berkley sums due and owing pursuant to the Agreement, the Parties are wrongfully enjoying the benefits of the

LAW OFFICES

Peckar &
Abramson

A Professional Corporation

4

completion of the Scope of Work and Extra Work without paying fair and just compensation to Berkley.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

27.     Berkley repeats and realleges each and every allegation set forth above as if fully set forth herein.

28.     The refusal of the Parties to pay Berkley the sum due and owing for the completion of the Scope of Work and Extra Work on or about June 2, 2025, constituted a breach of contract as of that date.

29.     By reason of the foregoing, Berkley is entitled to a money judgment jointly and severally against the Parties in an amount that will be proven at trial in excess of Two Million ($2,000,000.00) Dollars, with interest commencing on June 2, 2025, at the legal rate accrued and accruing thereon.

## SECOND CAUSE OF ACTION
### (Quantum Meruit)

30.     Berkley repeats and realleges each and every allegation set forth above as if fully set forth herein.

31.     The refusal of the Parties to pay Berkley the sum due and owing for the completion of the Scope of Work and Extra Work on or about June 2, 2025, resulted in the Parties wrongfully enjoying, from that date, the benefits of the completion of the Project without compensating Berkley for the fair value of the Scope of Work and Extra Work performed.

LAW OFFICES

Peckar & Abramson

A Professional Corporation

5

#10450323v4

32.     By reason of the foregoing, Berkley is entitled to a money judgment jointly and severally against the Parties in an amount that will be proven at trial in excess of Two Million ($2,000,000.00) Dollars, with interest commencing on June 2, 2025, at the legal rate accrued and accruing thereon.

### THIRD CAUSE OF ACTION
### (Unjust Enrichment)

33.     Berkley repeats and realleges each and every allegation set forth above as if fully set forth herein.

34.     The refusal of the Parties to pay Berkley the sum due and owing for the completion of the Scope of Work and Extra Work on or about June 2, 2025, resulted in the Parties being unjustly enriched by the value of the Scope of Work and Extra Work without compensating Berkley for the fair value thereof.

35.     By reason of the foregoing, Berkley is entitled to a money judgment jointly and severally against the Parties in an amount that will be proven at trial in excess of Two Million ($2,000,000.00) Dollars, with interest commencing on June 2, 2025, at the legal rate accrued and accruing thereon.

**WHEREFORE**, Berkley respectfully requests that judgment be granted in its favor demands judgment against the Parties on the foregoing causes of action in an amount to be determined at trial in excess of Two Million ($2,000,000.00) Dollars, with appropriate interest thereon, together with the costs and disbursements of this action.

LAW OFFICES

Peckar &
Abramson

A Professional Corporation

6

#10450323v4

Dated: July 21, 2026

PECKAR & ABRAMSON, P.C.
*Attorneys for Plaintiff*


By: /s/Charles E. Williams, III
Charles E. Williams, III
Darien K. Blair
1325 Avenue of the Americas, 10th Fl.
New York, NY 10019
(212) 382-0909
Email: cwilliams@pecklaw.com

LAW OFFICES

Peckar &
Abramson

A Professional Corporation

#10450323v4

7