USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

BERKLEY INSURANCE COMPANY,

Plaintiff,

-v-

VOLUNTEERS OF AMERICA, INC., *et al.*,

Defendant(s).

---------------------------------------------------------------- X

1:26-cv-6168-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 28, 2026, the court scheduled an initial pretrial conference for September 28, 2026, Dkt. No. 9. In light of the parties' consent to have a United States magistrate judge conduct all proceedings in this case, Dkt. No. 22, the September 28, 2026 conference is adjourned *sine die*.

SO ORDERED.

Dated: September 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge